IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-177-RJC-DCK

| | |
|---|---|
| BETTY P. ALLEN, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| DR. A. PERRI, DR. SUSAN DENISE STURGESS, PIEDMONT EMERGENCY MEDICAL ASSOCIATES, PA, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the filing of Defendant's "Motion To Dismiss Rule 12(B)(6)" (Document No. 3).

In accordance with Roseboro v. Garrison 582 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding *pro se*, that she has a right to respond to Defendant's motion. The Court also advises Plaintiff that failure to respond may result in Defendant being granted the relief he seeks, that is, the dismissal of the Complaint.

**IT IS, THEREFORE, ORDERED** that Plaintiff may respond to the pending "Motion To Dismiss Rule 12(b)(6)" (Document No. 3) on or before **May 23, 2016**. Failure to file a timely and persuasive response will likely lead to the dismissal of this lawsuit.

Signed: May 5, 2016

David C. Keesler
United States Magistrate Judge